IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 3 0 2006 3:27pm
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| SENSORMATIC ELECTRONICS CORP. | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-167 |
| WG SECURITY PRODUCTS, INC., ET AL. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that the defendants infringe any of the asserted claims of the patents-in-suit?

Answer "Yes" or "No" for each claim of each patent separately.

**'419 patent:**

Claim 1:   *No*

Claim 2:   *No*

Claim 7:   *No*

Claim 8:   *No*

Claim 9:   *No*

Claim 10:  *No*

Claim 11:  *No*

Claim 12:  *No*

Claim 22:  *No*

Claim 23:      NO

Claim 24:      NO

Claim 25:      NO

Claim 26:      NO

Claim 23:      *NO*

Claim 24:      *NO*

Claim 25:      *NO*

Claim 26:      *NO*

**'490 patent:**

Claim 1:       *NO*

Claim 9:       *NO*

Claim 12:      *NO*

Claim 20:      *NO*

**'378 patent:**

Claim 1:       NO

Claim 2:       NO

Claim 5:       NO

Claim 14:      NO

Claim 17:      NO

Claim 18:      NO

If you have answered "Yes" to any part of Question No. 1, then answer Question No. 2 Otherwise, do not answer Question No. 2, but proceed to Question No. 3.

**QUESTION NO. 2:**

Do you find by clear and convincing evidence that such conduct, as you have found in answer to Question No. 1, was willful?

Answer "Yes" or "No."

Answer: _____

## QUESTION NO. 3:

Do you find by clear and convincing evidence that any of the following claims are invalid?

Answer "yes" or "no" for each claim listed below.

**'490 patent:**

| Claim 1:  | NO |
| Claim 9:  | NO |
| Claim 12: | NO |
| Claim 20: | NO |

**'378 patent:**

| Claim 1:  | NO |
| Claim 2:  | NO |
| Claim 5:  | NO |
| Claim 14: | NO |
| Claim 17: | NO |
| Claim 18: | NO |

4

If you have answered "Yes" to any part of Question No. 1, then answer Question No. 4. Otherwise, do not answer Question No. 4. The jury foreperson should sign and date the Verdict Form and return it to the Security Officer.

**QUESTION NO. 4:**

What sum of money, if any, would fairly and reasonably compensate the plaintiff for patent infringement as you have found in answer to Question No. 1?

Answer in dollars and cents, if any, for price erosion, lost profits, and reasonable royalty.

Price erosion: _____

Lost profits: _____

Reasonable royalty: _____

SIGNED this **30** day of June, 2006.

_____
JURY FOREPERSON