IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| SENSORMATIC ELECTRONICS CORP. | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-167 |
| WG SECURITY PRODUCTS, INC., ET AL. | § | |

**FINAL JUDGMENT**

Pursuant to the jury's verdict in this case and the court's memorandum opinion issued today, it is ORDERED, ADJUDGED AND DECREED that the plaintiff take nothing by way of its claims for patent infringement against the defendants in this case. It is further

ORDERED that claims 1, 2, 7, 8, 9, 10, 11, 12, 22, 23, 24, 25, and 26 of the '419 patent, claims 1, 9, 12, and 20 of the '490 patent, and claims 1, 2, 5, 14, 17, and 18 of the '378 patent are adjudged to be not infringed by the defendants. It is further

ORDERED that claims 1, 9, 12, and 20 of the '490 patent, and claims 1, 2, 5, 14, 17, and 18 of the '378 patent are adjudged to be valid. It is further

ORDERED that the defendants take nothing by way of their counterclaims for breach of contract and attorneys' fees.

All pending motions are denied as moot. This is a final judgment.

SIGNED this 27th day of September, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE