UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SENSORMATIC ELECTRONICS CORPORATION, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CASE NO. 2:04-CV-167-TJW |
| WG SECURITY PRODUCTS, INC. AND EAS SENSORSENSE, INC., | § § § § | |
| Defendants. | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Sensormatic Electronics Corporation's ("Sensormatic's") post-trial Motion for Judgment as a Matter of Law and, in the alternative, Motion for New Trial (Docket No. 243) is before the court. For the following reasons, the court DENIES the motion.

The court has carefully considered the parties' submissions, the record, and the applicable law. During trial, both sides provided evidence and testimony supporting their positions. The jury found Defendants' evidence more credible and the jury verdict was not against the great weight of the evidence. The court may not supplant its judgment for the jury's verdict where the evidence in the record can support the jury's verdict. Sensormatic has offered no persuasive arguments for the court to disregard the jury's verdict. The court finds that the evidence in the record supports the jury's findings with respect to the issues raised in the Motion. For the foregoing reasons, the Motion is DENIED.

SIGNED this 19th day of August, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1